IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                          Case No.    1:04cr226LAC

**JESSIE SCOTT**
_____

### ORDER

This cause comes on for consideration upon the magistrate judge's report and recommendation filed on November 3, 2008 (Doc. 52) and referred to this judge on November 5, 2009. The defendant has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1)(B). No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.	The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.	The motion to vacate, set aside, or correct sentence (Doc. 49) is DENIED.

DONE AND ORDERED this 2nd day of December, 2009.

                              s/ *L.A. Collier*_____
                              **LACEY A. COLLIER**
                              **SENIOR UNITED STATES DISTRICT JUDGE**